

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00281-CV

ROBERT EPEGA AND MILLION DOLLAR TRANSPORTATION, LLC, APPELLANTS

V.

BRUCKNER TRUCK SALES AND VOLVO FINANCIAL SERVICES, APPELLEES

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 112767-A-CV, Honorable Dee Johnson, Presiding

June 10, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and YARBROUGH and PRATT, JJ.

Appellants, Robert Epega and Million Dollar Transportation, LLC, appeal from the trial court's *Order on Defendant Bruckner Truck Sales' Motion for Summary Judgment*. Because Appellants filed a late notice of appeal and failed to pay the required filing fee, we dismiss the appeal.

The trial court signed the summary judgment order on January 16, 2026. Because Appellants timely filed a motion for new trial, their notice of appeal was due

within ninety days after the order was signed, by April 16, 2026. *See* Tᴇx. R. Aᴘᴘ. P. 26.1(a). Appellants filed a notice of appeal on May 18, 2026.

A timely notice of appeal is essential to invoking this Court's jurisdiction. *See* Tᴇx. R. Aᴘᴘ. P. 25.1(b), 26.1; *Verburgt v. Dorner*, 959 S.W.2d 615, 616–17 (Tex. 1997). By letter of May 20, 2026, we notified Appellants that their notice of appeal appeared untimely and directed them to show how we have jurisdiction over the appeal by June 1, 2026. To date, Appellants have not filed a response or had any further communication with the Court.

Appellants also failed to pay the required filing fee upon filing a notice of appeal. By letter of May 19, 2026, we notified Appellants that unless they were excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by May 29, 2026, would result in dismissal of the appeal. Appellants have yet to pay the filing fee or seek leave to proceed without payment of court costs.

Accordingly, we dismiss this untimely appeal for want of jurisdiction and because Appellants failed to pay the requisite filing fee. *See* Tᴇx. R. Aᴘᴘ. P. 42.3(a), (c).

Per Curiam

2